# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOYCE GERBER, | : | No.: 16-13412-REF |
| | : | |
| Debtor. | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Kate Best, hereby certify that I have served a true and correct copy of the foregoing Debtor's Motion to Convert to a Chapter 7 upon the following recipients:

**Scott C Waterman**
Standing Trustee
2901 St Lawrence Avenue, Suite 100
Reading PA, 19606
(610) 779-1313

Via Public Access to Court Electronic Records/Electronic Case Filing on April 1, 2019

Date: April 1, 2019

/s/ Kate Best
Kate Best
Bankruptcy Paralegal
ARM Lawyers